# United States Court of Appeals
## For the First Circuit

No. 21-1267

ROMMEL ALEXANDER CHAVEZ,

Petitioner,

v.

MERRICK B. GARLAND, UNITED STATES ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on October 21, 2022, is amended as follows:

On page 23, line 10 replace "New York Times" with "New York Times."

On page 29, line 3 replace "its" with "his."